United States District Court
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   LIBERTY MUTUAL INSURANCE COMPANY, a        No. C 03-02502 WHA
11   Massachusetts Corporation,

12                Plaintiff,

13      v.                                        **ORDER CONTINUING
                                                  PRETRIAL CONFERENCE**
14   HENRY D. HOGE, an individual; DOÑA P. HOGE,
     an individual; PATRICIA HOGE LEWINE, an
15   individual; MICHAEL D. LEWINE, an individual;
     HENRY D. HOGE AND DOÑA P. HOGE FAMILY
16   TRUST, a trust; HOGE PERSONAL RESIDENCE
     TRUST, a trust; HENRY D. HOGE, a trustee; and
17   DOÑA P. HOGE, a trustee,

18                Defendants.
                                                /
19
20          The pretrial conference, currently scheduled for SEPTEMBER 19, 2005 AT 2:00 P.M., is
21   continued to SEPTEMBER 21, 2005 AT 8:00 A.M.
22
23          **IT IS SO ORDERED.**
24
25   Dated:  September 19, 2005                    _____
                                                   WILLIAM ALSUP
26                                                 UNITED STATES DISTRICT JUDGE
27
28