IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY D. HOGE, an individual; DOÑA P. HOGE, an individual; PATRICIA HOGE LEWINE, an individual; MICHAEL D. LEWINE, an individual; HENRY D. HOGE AND DOÑA P. HOGE FAMILY TRUST, a trust; HOGE PERSONAL RESIDENCE TRUST, a trust; HENRY D. HOGE, a trustee; and DOÑA P. HOGE, a trustee,<br><br>    Defendants.<br>_____/ | No. C 03-02502 WHA<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

    As stated on the record, the final pretrial conference is continued until **SEPTEMBER 26, 2005 AT 4:00 P.M.**, at which time all parties must appear, unless a stipulated dismissal resolving all outstanding issues is submitted beforehand.

    **IT IS SO ORDERED.**

Dated: September 21, 2005

                                      WILLIAM ALSUP<br>
                                      UNITED STATES DISTRICT JUDGE