IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. HOGE, an individual; DOÑA P. HOGE, an individual; PATRICIA HOGE LEWINE, an individual; MICHAEL D. LEWINE, an individual; HENRY D. HOGE AND DOÑA P. HOGE FAMILY TRUST, a trust; HOGE PERSONAL RESIDENCE TRUST, a trust; HENRY D. HOGE, a trustee; and DOÑA P. HOGE, a trustee,<br><br>Defendants. | No. C 03-02502 WHA<br><br>**ORDER RE STIPULATION FOR PARTIAL JUDGMENT AND PARTIAL DISMISSAL** |

As stated on the record, counsel are requested to appear on **SEPTEMBER 30, 2005 AT 10:00 A.M.**, unless the stipulation for partial judgment and partial dismissal is filed by **SEPTEMBER 29, 2005 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 26, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE