IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,

    Plaintiff,

  v.

HENRY D. HOGE, an individual; DOÑA P. HOGE, an individual; PATRICIA HOGE LEWINE, an individual; MICHAEL D. LEWINE, an individual; HENRY D. HOGE AND DOÑA P. HOGE FAMILY TRUST, a trust; HOGE PERSONAL RESIDENCE TRUST, a trust; HENRY D. HOGE, a trustee; and DOÑA P. HOGE, a trustee,

    Defendants.

No. C 03-02502 WHA

**ORDER REGARDING MISREPRESENTATIONS MADE DURING SUMMARY JUDGMENT**

    The Court has not forgotten that defendants "inadvertently" proffered sworn, affirmative misrepresentations during summary judgment. The issue of whether any sanction should be imposed was deferred until after the trial. Now that a settlement has been reached, the parties are requested to submit letters, not exceeding two pages, regarding whether sanctions are appropriate by **OCTOBER 7, 2005 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 3, 2005

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE