IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY D. HOGE, an individual; DOÑA P. HOGE, an individual; PATRICIA HOGE LEWINE, an individual; MICHAEL D. LEWINE, an individual; HENRY D. HOGE AND DOÑA P. HOGE FAMILY TRUST, a trust; HOGE PERSONAL RESIDENCE TRUST, a trust; HENRY D. HOGE, a trustee; and DOÑA P. HOGE, a trustee,<br><br>Defendants. | No. C 03-02502 WHA<br><br>**ORDER DECLINING TO IMPOSE ANY SANCTIONS** |

The Court has considered the parties' responses regarding whether sanctions are appropriate and declines to sanction defendants or defendants' counsel for "inadvertently" proffering sworn, affirmative misrepresentations during summary judgment.

**IT IS SO ORDERED.**

Dated: October 7, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE